UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHERI MARCHELLO,

      Plaintiff,

                                      Case No. 2:20-cv-243

v.

                                      Hon. Hala Y. Jarbou

XCEL ENERGY, INC., et al.,

      Defendants.

_____/

## **ORDER**

In accordance with the opinion entered this date:

**IT IS ORDERED** that Defendant Northern States Power Company-Wisconsin's motion for summary judgment (ECF No. 19) is **GRANTED**.

Dated:   March 11, 2022                   /s/ Hala Y. Jarbou

                                                  HALA Y. JARBOU
                                                  UNITED STATES DISTRICT JUDGE