UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHERI MARCHELLO,

      Plaintiff,

                                       Case No. 2:20-cv-243

v.

                                       Hon. Hala Y. Jarbou

XCEL ENERGY, INC., et al.,

      Defendants.

_____/

## **JUDGMENT**

      **IT IS HEREBY ORDERED** that **JUDGMENT** is entered in favor of Defendant

Northern States Power Company-Wisconsin.

Dated:   March 11, 2022                 /s/ Hala Y. Jarbou              
                                                HALA Y. JARBOU
                                              UNITED STATES DISTRICT JUDGE